# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1078
LT Case No. 2002-000373-CFAWS

_____

TODD ERIC DUGAN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On Appeal from the Circuit Court for Volusia County.
Randell H. Rowe, III, Judge.

Matthew J. Metz, Public Defender, and Edward J. Weiss, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Stephen R. Putnam, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

November 7, 2023


PER CURIAM.

    AFFIRMED.

LAMBERT, HARRIS, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____